JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R.E. VENTURES, LLC; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID EVANS AND ASSOCIATES, INC.; et al., <br><br> Defendants. | CASE NO. CV 17-1561-R <br><br> **ORDER GRANTING PLAINTIFFS AND DEFENDANT TERRAPACIFIC CONSULTANTS, INC.'S MOTION FOR CONTRIBUTION PROTECTION, DETERMINATION OF GOOD FAITH SETTLEMENT AND ORDER BARRING AND DISMISSING CLAIMS** |
| AND RELATED COUNTER AND CROSS-CLAIMS | |

**ORDER GRANTING PLAINTIFFS AND TCI'S
GOOD FAITH MOTION**

# ORDER

Plaintiffs E.R.E. VENTURES, LLC ("ERE Ventures"), E.R.E. LLC (ERE LLC), and KANGARU ENTERPRISES, LLC, d/b/a RUSACK VINEYARDS d/b/a SANTA CATALINA ISLAND VINEYARDS ("Kangaru") (collectively, "Plaintiffs") and Defendant TERRAPACIFIC CONSULTANTS, INC. ("TCI") (collectively, the "Settling Parties") filed a Motion for Contribution Protection and Determination of Good Faith Settlement and Order Barring and Dismissing Claims ("Good Faith Motion") in the above-captioned action. The Good Faith Motion relates to the Settlement Agreement entered into by and between the Setting Parties. The Settlement Agreement is attached as ***Exhibit A*** to the Declaration of Christopher W. Smith, submitted with the Good Faith Motion.

The Court took this matter under submission on July 11, 2018. After considering the moving and opposition papers, the declarations of counsel, the Settlement Agreement submitted to the Court for approval, and the record as a whole, the Court hereby finds that the Settlement Agreement entered into by and between the Settling Parties was entered into in good faith and is fair, reasonable and consistent with the purposes of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601, et seq., Federal common law, California Code of Civil Procedure sections 877 and 877.6, and State law theories for apportionment of liability among alleged joint tortfeasors.

The matter having been briefed and submitted for decision, and good cause appearing,

IT IS HEREBY ORDERED that the Good Faith Motion is GRANTED, and it is FURTHER ORDERED that:

1. The Settlement Agreement is hereby approved as a good faith settlement and afforded all the rights and protections that accompany this determination.

2. Section 6 of the Uniform Comparative Fault Act ("UCFA"), 12 U.L.A. 147 (1996), in pertinent part, is hereby adopted as the Federal Common Law in this case for purposes of determining the legal effect of the Settlement Agreement.

3. The Court further finds and determines that the Settlement Agreement has been entered into in good faith within the meaning of California Code of Civil Procedure sections 877 and 877.6 and the rule of *Tech-Bilt, Inc. v. Woodward-Clyde & Associates*, 38 Cal.3d 488 (1985).

4. Pursuant to Section 6 of the UCFA and Section 877.6 of the California Code of Civil Procedure, and CERCLA section 113, any and all claims for contribution or indemnity against TCI, arising out of the facts alleged in the above-captioned action, regardless of when such claims are asserted or by whom, are barred. Such claims by any non-settling party are barred regardless of whether they are brought pursuant to CERCLA section 107, CERCLA section 113, or any other theory, as any claims against TCI arising out of the facts alleged in the above-captioned action are in the nature of contribution claims arising out of a common liability, whether frame in terms of federal or state statute or common law.

5. All claims, counterclaims, cross-claims and/or any other claims which have been made or were deemed asserted and denied against the TCI in the above-captioned action are hereby dismissed, with prejudice, except for claims expressly reserved in the Settlement Agreement.

6. The Court retains jurisdiction to oversee implementation of the Settlement Agreement.

**IT IS SO ORDERED**.

Dated: July 30, 2018

_____
The Honorable Manuel L. Real
United States District Court

**ORDER GRANTING PLAINTIFFS AND TCI'S
GOOD FAITH MOTION**