1  CHRIS M. AMANTEA (SBN 147339)
   camantea@steptoe.com
2  CHRISTOPHER W. SMITH (SBN 256494)
   csmith@steptoe.com
3  STEPTOE & JOHNSON LLP
4  633 West 5th Street, 7th Floor
Los Angeles, California 90071-3500
5  Telephone: (213) 439-9400 / Facsimile: (213) 439-9599
6
7  ANTHONY G. HOPP (*admitted pro hac vice*)
   ahopp@steptoe.com
8  JEREMY S. GOLDKIND (*admitted pro hac vice*)
   jgoldkind@steptoe.com
9  STEPTOE & JOHNSON LLP
10  115 South LaSalle Street, 31st Floor
Chicago, Illinois 60603
11  Telephone: (312) 577-1300 / Facsimile: (312) 577-1370
12
Attorneys for Plaintiffs E.R.E. VENTURES, LLC, E.R.E. LLC, and KANGARU
13  ENTERPRISES, LLC d/b/a RUSACK VINEYARDS d/b/a SANTA CATALINA
14  ISLAND VINEYARDS

15  *Additional Counsel are listed on the page following the caption.*

16  **UNITED STATES DISTRICT COURT**
17
**CENTRAL DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| E.R.E. VENTURES, LLC, a Delaware limited liability company; E.R.E. LLC, a Delaware limited liability company; and KANGARU ENTERPRISES, LLC, a Delaware limited liability company, d/b/a RUSACK VINEYARDS d/b/a SANTA CATALINA ISLAND VINEYARDS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DAVID EVANS AND ASSOCIATES, INC., a Oregon corporation; HALL & | Case No. 2:17-cv-01561-R-RAO<br><br>Hon. Manuel L. Real<br>Courtroom 880<br><br>**ORDER GRANTING PLAINTIFFS AND DEFENDANTS CHRISTOPHERHILL DEVELOPMENT, INC. AND KOLOA PACIFIC CONSTRUCTION, INC.'S MOTION FOR CONTRIBUTION PROTECTION, DETERMINATION OF GOOD FAITH SETTLEMENT** |

**ORDER GRANTING GOOD FAITH MOTION**

| | |
|---|---|
| 1  FOREMAN, INC., a merged out California corporation; LANGAN ENGINEERING & ENVIRONMENTAL SERVICES, INC., a New Jersey corporation; CHRISTOPHERHILL DEVELOPMENT, INC., a California corporation; KOLOA PACIFIC CONSTRUCTION, INC., a California corporation; TERRAPACIFIC CONSULTANTS, INC., a Nevada corporation; and DOES 1-10, Inclusive,<br><br>          Defendants.<br><br>AND RELATED COUNTER AND CROSS-CLAIMS | **AND ORDER BARRING AND DISMISSING CLAIMS**<br><br>[*Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; and Declaration of Christopher W. Smith*]<br><br>Hearing Date:  November 5, 2018<br>Hearing Time:  10:00 a.m.<br>Location:  Courtroom 880<br><br>Complaint Filed:  February 27, 2017<br>Pretrial Conf.:  January 8, 2018<br>Trial Date:  October 16, 2018 |

**ORDER GRANTING GOOD FAITH MOTION**

*Listing of Additional Counsel.*

DONALD R. MCKILLOP (SBN 131685)
  don@mckilloplaw.com
LAW OFFICES OF DONALD R. MCKILLOP
12396 World Trade Drive, Suite 202
San Diego, California 92128
Telephone: (858) 487-8118 / Facsimile: (858) 487-8109

Attorneys for Defendant, Counter-Claimant, Cross-Claimant, and Cross-Defendant CHRISTOPHERHILL DEVELOPMENT, INC.

DAVID S. DEMIAN (SBN 220626)
  ddemian@ftblaw.com
CHRISTOPHER R. SILLARI (SBN 253267)
  csillari@ftblaw.com
DEREK J. ONYSKO (SBN 279945)
  donysko@ftblaw.com
FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive, Suite 700
San Diego, California 92121
Telephone: (858) 737-3100 / Facsimile: (858) 737-3101

Attorneys for Defendant and Cross-Defendant KOLOA PACIFIC CONSTRUCTION, INC.

# ORDER

Plaintiffs E.R.E. VENTURES, LLC ("ERE Ventures"), E.R.E. LLC ("ERE LLC"), and KANGARU ENTERPRISES, LLC, d/b/a RUSACK VINEYARDS d/b/a SANTA CATALINA ISLAND VINEYARDS ("Kangaru") (collectively, "Plaintiffs") and Defendants CHRISTOPHERHILL DEVELOPMENT, INC. ("CDI") and KOLOA PACIFIC CONSTRUCTION, INC. ("KPC") (collectively, the "Settling Parties") filed a Motion for Contribution Protection and Determination of Good Faith Settlement and Order Barring and Dismissing Claims ("Good Faith Motion") in the above-captioned matter. The Good Faith Motion relates to the Settlement Agreement entered into by and between the Setting Parties. The Settlement Agreement is attached as ***Exhibit A*** to the Declaration of Christopher W. Smith, submitted with the Good Faith Motion.

This matter came on regularly for hearing before this Court on November 5, 2018, in Department 880, before the Honorable Manuel L. Real. After considering the moving and opposing papers, the declarations of counsel, the Settlement Agreement submitted to the Court for approval, and the record as a whole, the Court hereby finds that the Settlement Agreement entered into by and between the Settling parties was entered into in good faith and is fair, reasonable and consistent with the purposes of the Comprehensive Environmental response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601, et seq., Federal common law, California Code of Civil Procedure sections 877 and 877.6, and State law theories for apportionment of liability among alleged joint tortfeasors.

The matter having been briefed, argued and submitted for decision, and good cause appearing,

IT IS HEREBY ORDERED that the Good Faith Motion is GRANTED, and it is FURTHER ORDERED that:

1

**ORDER GRANTING GOOD FAITH MOTION**

1. The Settlement Agreement is hereby approved as a good faith settlement and afforded all rights and protections that accompany this determination.

2. Section 6 of the Uniform Comparative Fault Act ("UCFA"), 12 U.L.A. 147 (1996), in pertinent part, is hereby adopted as the Federal common law in this case for purposes of determining the legal effect of the Settlement Agreement.

3. The Court further finds and determines that the Settlement Agreement has been entered into in good faith within the meaning of California Code of Civil Procedure section 877 and 877.6 and the rule of *Tech-Bilt, Inc. v. Woodward-Clyde & Associates*, 38 Cal.3d 488 (1985).

4. Pursuant to Section 6 of the UCFA and Section 877.6 of the California Code of Civil Procedure, and CERCLA Section 113, any and all claims for contribution or indemnity against CDI and KPC, arising out of the facts alleged in the above-captioned action, regardless of when such claims are asserted or by whom, are barred. Such claims by any non-settling party are barred regardless of whether they are brought pursuant to CERCLA Section 107, CERCLA Section 113, or any other theory, as any claims against CDI and KPC arising out of the facts alleged in the above-captioned action are in the nature of contribution claims arising out of a common liability, whether framed in terms of federal or state statute or common law.

5. All claims, counterclaims, cross-claims and/or any other claims which have been made or were deemed asserted and denied against CDI and KPC in the above-captioned action are hereby dismissed, with prejudice, except for claims expressly reserved in the Settlement Agreement.

/ / /
/ / /
/ / /
/ / /

6. The Court retains jurisdiction to oversee implementation of the Settlement Agreement.

**IT IS SO ORDERED**.

Dated:  October 31, 2018  _____

The Honorable Manuel L. Real

United States District court

---

3

**ORDER GRANTING GOOD FAITH MOTION**

DOC. # DC-12482661 V.1